This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JUDY ANAYA,**

             **Plaintiff-Appellant,**

**v.**                                                                 **No. 29,437**

**PATRICIA OWENS d/b/a ADVANTAGE REAL ESTATE LTD., FRANK CARBAJAL, EDUARDO GARCIA, ROLAND PADILLA, CHRIS GALOW, HOLLY GALOW, AND DESERI A. SICHLER, Individually and as an Agent for Advantage Real Estate,**

        **Defendants-Appellees,**

**and**

**PATRICIA OWENS d/b/a ADVANTAGE REAL ESTATE LTD.,**

             **Third-Party Plaintiff-Appellee,**

**v.**

**LOS LUNAS COMMUNITY PROGRAM,**

             **Third-Party Defendant-Appellant.**

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**John W. Pope, District Judge**

Narciso Garcia, Jr.
Albuquerque, NM

for Appellant
Allen, Shepherd, Lewis, Syra & Chapman, PA
Edward W. Shepherd
Albuquerque, NM

for Appellees Sichler, Owens, and Advantage

Doughty & West PA
Robert M. Doughty
Albuquerque, NM

for Appellees Galow, Padilla, Garcia and Carbajal

## MEMORANDUM OPINION

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**


_____
**ROBERT E. ROBLES, Judge**

2

_____

**LINDA M. VANZI, Judge**